428 A.2d 696

Luma, Admnx., etc. v. Indiana Twp. et al. v. Decker, Appellant.

Argued April 14,

1980. Raymond F. Keisling submitted a brief on behalf of appellant; Richard D. Klaber submitted a brief on behalf of Indiana Township, appellee; W. Arch Irvin, Jr., for Duncan Lagnese etc., appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

The order of the lower court and judgments are hereby affirmed.